UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

United States Courts
Southern District of Texas
F I L E D

JUN 21 2018

David J. Bradley
Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NUMBER V-18- |
| | § | |
| OSCAR MARTINEZ | § | **V-18-67** |
| VICTOR ALFONSO ROMERO | § | |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

Between on or about 2007, and on or about December 2013, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

OSCAR MARTINEZ,
and VICTOR ALFONSO ROMERO,

did knowingly and intentionally conspire and agree together, with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance. This violation involved more than one thousand (1,000) kilograms of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: *[signature]*

PATTI HUBERT BOOTH
Assistant United States Attorney